IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JULIUS E. WRIGHT                                                                          PLAINTIFF

V.                                          NO.   5:02CV00380

MICHAEL O. LEAVITT,
SECRETARY OF THE DEPARTMENT
OF HUMAN SERVICES                                                                   DEFENDANT

## ORDER

Pending are Defendant's motion in limine, docket # 120, Plaintiff's motion to amend and correct his brief in opposition to Defendant's motion in limine, docket # 128 and Plaintiff's motion in limine, docket # 129.  For the reasons stated on the record in the pretrial hearing conducted February 23, 2007, the Plaintiff's motion to correct his brief, docket # 128 is granted; Defendant's motion in limine and Plaintiff's motion in limine, docket #'s 120 and 129 are granted in part and denied in part.

IT IS SO ORDERED this 23rd day of February, 2007.

*James M. Moody*
United States District Judge