IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JULIUS E. WRIGHT**                                                                    **PLAINTIFF**

**V.**                          **NO.   5:02CV00380**

**MICHAEL O. LEAVITT,**
**SECRETARY OF THE DEPARTMENT**
**OF HUMAN SERVICES**                                       **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial February 26- March 1, 2007, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 1, 2007, in favor of defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Julius E. Wright, take nothing on this complaint against Michael O. Leavitt, Secretary of the Department of Human Services and the same is hereby dismissed.

Dated this 5th day of March, 2007.

                                                                _/s/ James M. Moody_
                                                                James M. Moody
                                                                United States District Judge