# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JULIUS E. WRIGHT**     **PLAINTIFF**

**V.**     **NO. 5:02CV00380**

**MICHAEL O. LEAVITT,**
**SECRETARY OF THE DEPARTMENT**
**OF HUMAN SERVICES**     **DEFENDANT**

## ORDER

Pending is Plaintiff's *pro se* motion for reconsideration of the Court's Order denying a new trial. (Docket # 152). The Defendant has responded. The Court entered an order on March 20, 2007 denying Plaintiff's motion for a new trial finding that there was sufficient evidence to support the jury's verdict and that the verdict did not go against the weight of the evidence. The Court has considered Plaintiff's motion and continues to find that there was sufficient evidence to support the jury's verdict. There was substantial testimony and documentary evidence that Plaintiff was terminated during his probationary period for failing to keep accurate Sample Accountability Records. The Court cannot say that the outcome was against the great weight of evidence so as to constitute a miscarriage of justice. Accordingly, Plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED this 12th day of April, 2007.

James M. Moody
United States District Judge